UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SHIRLEY A. NEWMAN and ANTHONY C. BUTLER,

        Plaintiffs,

   v.

SAN JOAQUIN DELTA COMMUNITY COLLEGE DISTRICT, a public entity; DANIELE RULEY, JAMES WOOD, and DOES 1 through 100, inclusive,

        Defendants.
       /

NO. CIV. 2:09-3441 WBS GGH

ORDER

----oo0oo----

        In their Response to defendant Wood's motion to dismiss plaintiffs' First Amended Complaint ("FAC") pursuant to Federal Rule of Civil Procedure 12(b)(6) (Docket No. 8), plaintiffs admit that aspects of the motion are well taken and do not oppose Wood's motion. (Docket No. 12.) Plaintiffs ask the court for leave to amend their FAC to, <u>inter alia</u>, complain against Wood in

1

his individual capacity.[1]

       IT IS THEREFORE ORDERED that Wood's motion to dismiss be, and the same hereby is, GRANTED, and plaintiffs' First Amended Complaint is DISMISSED with leave to amend.

DATED:  March 17, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs filed their Second Amended Complaint contemporaneously with their Response to Wood's motion to dismiss.  (Docket No. 20.)

2