**MAYALL, HURLEY, KNUTSEN, SMITH & GREEN**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
J. ANTHONY ABBOTT, ESQ.
CA State Bar No. 083975
JOHANNE C. MEDINA, ESQ.
CA State Bar No. 258973

Attorneys for Defendant,
SAN JOAQUIN DELTA COMMUNITY
COLLEGE DISTRICT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY A. NEWMAN and ANTHONY C. BUTLER,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>SAN JOAQUIN DELTA COMMUNITY COLLEGE DISTRICT, a public entity; DANIELE RULEY, JAMES WOOD, and DOES 1 through 100, inclusive,<br>　　　　　Defendant | Case No.: 2:09-CV-03441-WBS-KJN<br><br>STIPULATION TO ALLOW FILING OF AMENDED ANSWER TO SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL; ORDER |

　　　　The parties to the above-entitled action, by and between their respective attorneys of record, hereby stipulate that the Amended Answer to Second Amended Complaint and Demand for Jury Trial of defendant SAN JOAQUIN DELTA COMMUNITY COLLEGE DISTRICT, a copy of which is attached hereto, may be filed within twenty (20) days of the court's order hereon.

DATED:  May 13, 2010

　　　　　　　　　　　　　　　　LAW OFFICES OF KENNETH N. MELEYCO


　　　　　　　　　　　　　　　　By　　/s/ Kenneth N. Meleyco
　　　　　　　　　　　　　　　　　　　KENNETH N. MELEYCO, Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　　　SHIRLEY A. NEWMAN and ANTHONY C. BUTLER

1  DATED:  May 13, 2010

2                                       RYALS & BREED, P.C.

3

4                                       By     /s/ Stephen M. Ryals
                                              STEPHEN M. RYALS, Attorney for Plaintiffs
5                                             SHIRLEY A. NEWMAN and ANTHONY C.
                                              BUTLER
6

7  DATED:  May 13, 2010

8                                       MAYALL, HURLEY, KNUTSEN, SMITH & GREEN

9

10                                      By      /s/ J. Anthony Abbott
                                              J. ANTHONY ABBOTT, Attorney for Defendant
11                                            SAN JOAQUIN DELTA COMMUNITY
                                              COLLEGE DISTRICT
12

13
   DATED:  May 13, 2010
14
                                        MASTAGNI,   HOLSTEDT,   AMICK,   MILLER   &
                                        JOHNSEN
15

16
                                        By     /s/ James B. Carr
17                                            JAMES B. CARR, Attorney for Defendant
                                              JAMES WOOD
18
   DATED:  May 13, 2010
19
                                        SCOTT & NICHOLS, P.C.
20

21
                                        By     /s/ W. Stephen Scott
22                                            W. STEPHEN SCOTT, Attorney for Defendant
                                              JAMES WOOD
23

24

25

26

27

28

Page 2
Stipulation to Amend Answers; Order

## ORDER

The stipulation of the parties having been considered, and good cause appearing therefor,

IT IS ORDERED, that the Amended Answer to Second Amended Complaint and Demand for Jury Trial of defendant SAN JOAQUIN DELTA COMMUNITY COLLEGE DISTRICT, may be filed within twenty (20) days of the entry of this order.

DATED: May 18, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE