DAVID P. MASTAGNI, ESQ. (SBN 057721)
CHRISTOPHER W. MILLER, ESQ. (SBN 166348)
JAMES B. CARR, ESQ. (SBN 053274)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
**MASTAGNI, HOLSTEDT, AMICK,
MILLER & JOHNSEN**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811

Telephone: (916) 446-4692
Facsimile:  (916) 447-4254

Attorneys for Defendant,
James Wood

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY A. NEWMAN and ANTHONY C. BUTLER, | CASE NO. 2:09-cv-03441-WBS-KJN |
| Plaintiffs, | **STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND [PROPOSED] ORDER** |
| v. | |
| SAN JOAQUIN DELTA COMMUNITY COLLEGE DISTRICT, a public entity; DANIELE RULEY, JAMES WOOD, and DOES 1 through 100, inclusive, | |
| Defendants. | |

Plaintiffs, Shirley A. Newman and Anthony C. Butler, and Defendants, San Joaquin Delta Community College District, James Wood, and Daniele Ruley, through their respective counsel, submit the following Stipulation and Order to modify the Court's Pre-Trial Scheduling Order dated May 13, 2010. The parties believe there is good cause to modify the Pre-Trial Order. The Trial Date of October 4, 2011 remains unchanged under this modification proposal.

1. This action was removed from state court on December 11, 2009. The Plaintiffs filed their Third Amended Complaint on June 16, 2010. [Ct. Doc. No. 40]

2. On May 13, 2010, the Court issued its Scheduling Order. There have been no other requested modifications to the Scheduling Order. [Ct. Doc. No. 33]

3. This action is based upon Plaintiffs' claims for violations of their civil rights, violations of the Americans With Disabilities Act and various common law claims.

4. Under the existing Pre-Trial Order, Expert Disclosure is set for February 28, 2011, and Rebuttal Experts are due March 30, 2011. The Discovery Cut-Off is April 29, 2011. Motions are to be filed by May 30, 2011.

5. The Final Pre-Trial Conference is scheduled for August 8, 2011 and Trial is set for October 4, 2011. These dates are preserved under the proposed Stipulation to change the Scheduling Order.

6. The parties are currently engaged in extensive discovery. Several motions to compel a physical examination of Shirley A. Newman, a mental examination and to compel productions of medical documents relating to the Plaintiff Shirley A. Newman. These motions are set for January 20, 2011. [Ct. Doc. Nos. 56, 57 and 58]

7. The mental examination of plaintiff Shirley A. Newman is scheduled to occur on January 26 and 27, 2011. Further, Dr. Pfeiffer's examination has been rescheduled to February 2, 2011.

8. The deposition of the Chief of Police, Mark Bromme, and Daniele Ruley are set for January 10, 2011.

9. The deposition of Delta College employee Keeney is scheduled on January 11, 2011.

10. The depositions of the Plaintiffs, Shirley A. Newman and Anthony C. Butler, are set for March 1, 2011.

11. There is insufficient time under the current Scheduling Order for the preparation of the reports of the health care professionals.

12. There is insufficient time under the current Scheduling Order for the preparation of export reports for the Defendants. This would be prejudicial to the Defendants.

13. Plaintiffs further intend to depose other percipient witnesses to the event in question, and there is insufficient time under the current Scheduling Order to accomplish this task.

14. For each of the foregoing reasons, the parties agree and respectfully submit that good cause exists for the Court to modify the Court's current Scheduling Order to provide the parties sufficient time to conduct physical and mental examinations, to produce medical records, to prepare expert reports, to adequately conduct remaining discovery necessary to prosecute and defend this matter.

| ITEM | Old Dates | New Dates |
|---|---|---|
| Expert Disclosure | 02/28/2011 | 04/29/2011 |
| Rebuttal Experts Disclosure | 03/30/2011 | 05/27/2011 |
| Discovery Cut-Off | 04/29/2011 | 06/28/2011 |
| Motions/ Orders | 05/30/2011 | 07/29/2011 |
| Final Pre-Trail Conference | 08/08/2011 | 08/08/2011 |
| Trial | 10/04/2011 | 10/04/2011 |

Respectfully Submitted,

Dated: 12/17/2010   **LAW OFFICES OF KENNETH N. MELEYCO**

By   /s/Kenneth N. Meleyco
KENNETH N. MELEYCO, Attorney for Plaintiffs

Dated:  12/17/2010   **MAYALL, HURLEY, KNUTSEN, SMITH & GREEN**

By   /s/J. Anthony Abbott
J. ANTHONY ABBOTT, Attorney for Defendant
SAN JOAQUIN DELTA COMMUNITY COLLEGE DISTRICT

Dated: 12/17/2010   **MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN**

By   /s/ James B. Carr
JAMES B. CARR, Attorneys for Defendant JAMES WOOD

Dated: 12/17/2010   **THE LAW OFFICE OF MICHAEL MATTEUCCI**

By   /s/ Michael J. Matteucci
MICHAEL J. MATTEUCCI, Attorney for Defendant
DANIELE RULEY

## ORDER

Good cause appearing, it is hereby ORDERED.

| ITEM | Old Dates | **New Dates** |
|---|---|---|
| Expert Disclosure | 02/28/2011 | 04/29/2011 |
| Rebuttal Experts Disclosure | 03/30/2011 | 05/27/2011 |
| Discovery Cut-Off | 04/29/2011 | 06/28/2011 |
| Motions/ Orders | 05/30/2011 | 07/29/2011 |
| **\*Final Pre-Trail Conference** | 08/08/2011 | **09/19/2011, 2:00 pm** |
| **\*Jury Trial** | 10/04/2011 | **11/08/2011, 9:00 am** |

\*As agreed to by counsel after conferring with the courtroom deputy.

Dated: December 21, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE