**MAYALL, HURLEY, KNUTSEN, SMITH & GREEN**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
J. ANTHONY ABBOTT, ESQ.
CA State Bar No. 083975
JOHANNE C. MEDINA, ESQ.
CA State Bar No. 258973

Attorneys for Defendant,
SAN JOAQUIN DELTA COMMUNITY
COLLEGE DISTRICT and DANIELE RULEY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT

| | |
|---|---|
| SHIRLEY A. NEWMAN and ANTHONY C. BUTLER,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>SAN JOAQUIN DELTA COMMUNITY COLLEGE DISTRICT, a public entity; DANIELE RULEY, JAMES WOOD, and DOES 1 through 100, inclusive,<br><br>　　　Defendants. | Case No. 2:09-CV-03441-WBS-KJN<br><br>STIPULATION TO AMEND PRE-TRIAL SCHEDULING ORDER TO EXTEND TIME FOR COMPLETION OF DISCOVERY AND DISCOVERY MOTIONS; ORDER |

The parties to the above-entitled action, by and between their respective attorneys of record, hereby stipulate as follows:

1. The Status (Pre-Trial Scheduling) Order entered May 13, 2010, as amended by Stipulation and Order entered December 27, 2010, provides for a discovery cut-off of June 28, 2011, by which time all discovery must be completed, as the term completed is defined in the original Order.

2. The parties timely disclosed expert witnesses on April 29, 2011, and expert discovery has commenced. As of June 9, 2011, twelve (12) experts' depositions had been completed, and eight (8) were scheduled and noticed. Also as of June 9, 2011, defendant San Joaquin Delta Community College District's (District) Motion For Protective Order as to records

subpoenaed by plaintiffs from Lodi Unified School District was, and currently is, set for hearing June 23, 2011.

     3. On June 9, 2011, the parties agreed to mediate this matter. The Honorable Robert Dossee, retired, has been chosen as mediator, and mediation has been scheduled for June 27, 2011. To allow time for the parties to prepare for the mediation and to save time and money on both sides, the remaining experts' depositions were suspended, to be re-scheduled in the event mediation is unsuccessful in resolving the case.

     4. The parties therefore agree to extend the discovery cut-off, as defined in the original Status (Pre-Trial Scheduling) Order entered May 13, 2010, from June 28, 2011, to July 15, 2011, with all other dates set forth in the amended Order entered December 27, 2010, remaining unchanged.

     5. The parties further agree to continue the hearing on District's Motion For Protective Order, currently scheduled at 10:00 a.m. on June 23, 2011, in Courtroom 25, to 10:00 a.m. on July 7, 2011, with the date for filing the Joint Statement required by Local Rule 251 extended to June 30, 2011.

DATED: June 16, 2011

                               RYALS & BREED, P.C.

                               By    /s/ Stephen M. Ryals
                                     STEPHEN M. RYALS, Attorney for Plaintiffs
                                     SHIRLEY A. NEWMAN and ANTHONY C.
                                     BUTLER

DATED: June 16, 2011

                               MAYALL, HURLEY, KNUTSEN, SMITH & GREEN

                               By    /s/ J. Anthony Abbott
                                     J. ANTHONY ABBOTT, Attorney for Defendants
                                     SAN JOAQUIN DELTA COMMUNITY
                                     COLLEGE DISTRICT and DANIELE RULEY

DATED: June 16, 2011

                            MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN

                            By   /s/ James B. Carr
                                JAMES B. CARR, Attorney for Defendant
                                JAMES WOOD

## ORDER

The stipulation of the parties having been considered, and good cause appearing therefor,

IT IS ORDERED that the date for "completion" of discovery in this matter, as defined in the court's original scheduling order, is hereby extended from June 28, 2011 to July 15, 2011.

IT IS FURTHER ORDERED that all other dates established by the amended Scheduling Order entered December 27, 2010, shall remain unchanged.

IT IS FURTHER ORDERED that the hearing on defendant SAN JOQAQUIN DELTA COMMUNITY COLLEGE DISTRICT's Motion For Protective Order and for Monetary Sanctions currently scheduled for hearing at 10:00 a.m. on June 23, 2011, in Courtroom 25 is hereby continued to 10:00 a.m. on July 7, 2011, in Courtroom 25. The Joint Statement required by Local Rule 251 shall be filed no later than June 30, 2011, at 5:00 p.m.

DATED: June 17, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE