**MAYALL, HURLEY, KNUTSEN, SMITH & GREEN**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
J. ANTHONY ABBOTT, ESQ.
CA State Bar No. 083975
JOHANNE C. MEDINA, ESQ.
CA State Bar No. 258973

Attorneys for Defendant,
SAN JOAQUIN DELTA COMMUNITY
COLLEGE DISTRICT and DANIELE RULEY

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT

| | |
|---|---|
| SHIRLEY A. NEWMAN and ANTHONY C. BUTLER,<br><br>   Plaintiffs,<br><br>vs.<br><br>SAN JOAQUIN DELTA COMMUNITY COLLEGE DISTRICT, a public entity; DANIELE RULEY, JAMES WOOD, and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No. 2:09-CV-03441-WBS-KJN<br><br>STIPULATION TO AMEND FINAL PRE-TRIAL ORDER TO MODIFY PRE-TRIAL DEADLINES; ORDER |

The parties to the above-entitled action, by and between their respective attorneys of record, pursuant to paragraph XIV of the Final Pretrial Order entered October 11, 2011, hereby stipulate as follows:

1.  The plaintiffs shall lodge and serve jury instructions and verdict forms as described in paragraph III, page 2, lines 18-23 of the Final Pretrial Order, no later than December 12, 2011.

2.  The defendants shall file and serve any objections to the plaintiffs' jury instructions, copies of instructions requested by defendants, and verdict forms as described in

---

Page 1
Stipulation To Amend Final Pre-Trial Order; Order

paragraph III, page 2, line 24 to page 3, line 4 of the Final Pretrial Order, no later than December 23, 2011.

    3.    The plaintiffs shall file any objections to defendants' proposed instructions and verdict forms, as described in paragraph III, page 3, lines 5-8 of the Final Pretrial Order, no later than January 4, 2012.

    4.    The parties shall submit proposed jury voir dire questions, as described in paragraph IV, page 3, lines 24-26 of the Final Pretrial Order, no later than January 4, 2012.

    5.    The parties shall file trial briefs, as described in paragraph V, page 6, lines 8-11 of the Final Pretrial Order, no later than December 12, 2011.

    6.    The parties may file oppositions to motions in limine, as referenced in the trial briefs and as described in paragraph V, page 6, lines 11-12 of the Final Pretrial Order, no later than December 19, 2011.

    7.    The parties shall exchange exhibits, as described in paragraph VIII (F), page 9, lines 5-8 of the Final Pretrial Order, no later than December 12, 2011.

    8.    The parties may file and serve objections to exhibits, as described in paragraph VIII(F), page 9, lines 8-10 of the Final Pretrial Order, no later than January 6, 2012.

    9.    The parties shall file and serve the designation described in paragraph IX, page 10, lines 2-7 of the Final Pretrial Order, no later than December 5, 2011.

    10.    The parties may file and serve the counter-designation and evidentiary objections, as described in paragraph IX, page 10, lines 7-11 of the Final Pretrial Order, no later than December 19, 2011.

    11.    The parties may file the evidentiary objections to counter-designation, as described paragraph IX, page 10, lines 12-14 of the Final Pretrial Order, no later than January 6, 2012.

| | |
|---|---|
| DATED:  October 14, 2011 | LAW OFFICES OF KENNETH N. MELEYCO |

By     /s/ Kenneth N. Meleyco
   KENNETH N. MELEYCO, Attorney for Plaintiffs
   SHIRLEY A. NEWMAN and ANTHONY C. BUTLER

DATED:  October 14, 2011     RYALS & BREED, P.C.

By     /s/ Stephen M. Ryals
       STEPHEN M. RYALS, Attorney for Plaintiffs
       SHIRLEY A. NEWMAN and ANTHONY C.
       BUTLER

DATED:  October 14, 2011     LAW OFFICES OF STEVEN A. CLAIR

By     /s/ Steven A. Clair
       STEVEN A. CLAIR, Attorney for Plaintiffs
       SHIRLEY A. NEWMAN and ANTHONY C.
       BUTLER

DATED:  October 14, 2011     MAYALL, HURLEY, P.C.

By     /s/ J. Anthony Abbott
         J. ANTHONY ABBOTT, Attorney for Defendants
         SAN JOAQUIN DELTA COMMUNITY
         COLLEGE DISTRICT and DANIELE RULEY

DATED:  October 14, 2011     ANWYL, SCOFFIELD & STEPP, LLP

By     /s/ James T. Anwyl
         JAMES T. ANWYL, Attorney for Defendant
         SAN JOAQUIN DELTA COMMUNITY
         COLLEGE DISTRICT

DATED: October 14, 2011

Page 3
Stipulation To Amend Final Pre-Trial Order; Order

            MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN

            By /s/ James B. Carr
              JAMES B. CARR, Attorney for Defendant
              JAMES WOOD

## **ORDER**

The stipulation of the parties having been considered, and good cause appearing therefor,

IT IS ORDERED that Final Pre-Trial Order entered October 11, 2011, be and is hereby amended in the following respects only:

1.  The plaintiffs shall lodge and serve jury instructions and verdict forms as described in paragraph III, page 2, lines 18-23 of the Final Pretrial Order, no later than December 12, 2011.

2.  The defendants shall file and serve any objections to the plaintiffs' jury instructions, copies of instructions requested by defendants, and verdict forms as described in paragraph III, page 2, line 24 to page 3, line 4 of the Final Pretrial Order, no later than December 23, 2011.

3.  The plaintiffs shall file any objections to defendants' proposed instructions and verdict forms, as described in paragraph III, page 3, lines 5-8 of the Final Pretrial Order, no later than January 4, 2012.

4.  The parties shall submit proposed jury voir dire questions, as described in paragraph IV, page 3, lines 24-26 of the Final Pretrial Order, no later than January 4, 2012.

5.  The parties shall file trial briefs, as described in paragraph V, page 6, lines 8-11 of the Final Pretrial Order, no later than December 12, 2011.

      6.      The parties may file oppositions to motions in limine, as referenced in the trial briefs and as described in paragraph V, page 6, lines 11-12 of the Final Pretrial Order, no later than December 19, 2011.

      7.      The parties shall exchange exhibits, as described in paragraph VIII (F), page 9, lines 5-8 of the Final Pretrial Order, no later than December 12, 2011.

      8.      The parties may file and serve objections to exhibits, as described in paragraph VIII(F), page 9, lines 8-10 of the Final Pretrial Order, no later than January 6, 2012.

      9.      The parties shall file and serve the designation described in paragraph IX, page 10, lines 2-7 of the Final Pretrial Order, no later than December 5, 2011.

      10.      The parties may file and serve the counter-designation and evidentiary objections, as described in paragraph IX, page 10, lines 7-11 of the Final Pretrial Order, no later than December 19, 2011.

      11.      The parties may file the evidentiary objections to counter-designation, as described paragraph IX, page 10, lines 12-14 of the Final Pretrial Order, no later than January 6, 2012.

DATED:  October 18, 2011

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

Page 5
Stipulation To Amend Final Pre-Trial Order; Order