KENNETH N. MELEYCO, ESQ., CSB #57785
LAW OFFICES OF KENNETH N. MELEYCO
2155 WEST MARCH LANE, SUITE 1-C
STOCKTON, CALIFORNIA  95207-6420
TELEPHONE:         (209) 476-0851
FACSIMILE:         (209) 476-9429

ATTORNEY FOR PLAINTIFFS
SHIRLEY A. NEWMAN and
ANTHONY C. BUTLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY A. NEWMAN and ANTHONY C. BUTLER,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN JOAQUIN DELTA COMMUNITY COLLEGE, a public entity; DANIELE RULEY; JAMES WOOD; and DOES 1 through 100, inclusive;<br><br>Defendants. | CASE NO. 2:09-cv-03441-WBS-KJN<br><br>**STIPULATION TO CONTINUE TIME TO FILE STIPULATED DISMISSAL AND STATUS CONFERENCE** |

It is hereby stipulated by and between the parties below, through their respective attorneys, that because of delays in arriving at an agreement involving dismissal and settlement of the above matter, that the Status Conference currently set for February 6, 2012, shall be continued until February 21, 2012, at 2:00 p.m.  Parties anticipate filing a stipulated request for dismissal by February 15, 2012.

LAW OFFICES OF KENNETH N. MELEYCO

Dated:  February 1, 2012             By:     /s/  Kenneth N. Meleyco
                                                   Kenneth N. Meleyco
                                                   Attorney for Plaintiffs
                                                   SHIRLEY A. NEWMAN and ANTHONY C. BUTLER

|  |  |
|---|---|
|  | MAYALL HURLEY KNUTSEN SMITH & GREEN |
| Dated: February 1, 2012 | By:_____/s/  J. Anthony Abbott<br>J. Anthony Abbott<br>Attorney for Defendants DANIELE RULEY and JAMES WOOD |
|  | ANWYL SCOFFIELD & STEPP, LLP |
| Dated:  February 1, 2012 | By:_____/s/  James T. Anwyl<br>James T. Anwyl<br>Attorney for Defendant SAN JOAQUIN DELTA COMMUNITY COLLEGE DISTRICT |

ORDER

Good cause appearing upon the stipulation of the parties, it is hereby ordered that the Status Conference shall be continued until February 21, 2012, at 2:00 p.m., and further, that the parties shall file the stipulated dismissal by February 15, 2012.  Further, should the dismissal be filed by February 15, 2012, then the Status Conference of February 21, 2012, shall be automatically vacated.

Dated:   February 2, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE