KENNETH N. MELEYCO, ESQ., CSB #57785
LAW OFFICES OF KENNETH N. MELEYCO
2155 WEST MARCH LANE, SUITE 1-C
STOCKTON, CALIFORNIA  95207-6420
TELEPHONE:        (209) 476-0851
FACSIMILE:        (209) 476-9429

STEPHEN M. RYALS, ESQ., CSB #34149
RYALS & BREED, P.C.
3120 LOCUST STREET
ST. LOUIS, MISSOURI  63103-1205
TELEPHONE:        (314) 862-6262
FACSIMILE:        (314) 880-2027

STEVEN A. CLAIR, ESQ., CSB #111450
LAW OFFICES OF STEVEN A. CLAIR
2155 WEST MARCH LANE, SUITE 1-C
STOCKTON, CALIFORNIA  95207-6420
TELEPHONE:        (209) 476-0851
FACSIMILE:        (209) 476-9429

ATTORNEYS FOR PLAINTIFFS
SHIRLEY A. NEWMAN and
ANTHONY C. BUTLER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| SHIRLEY A. NEWMAN and ANTHONY C. BUTLER,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN JOAQUIN DELTA COMMUNITY COLLEGE DISTRICT, a public entity; DANIELE RULEY, JAMES WOOD, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:09-CV-03441-WBS-KJN<br><br>STIPULATION TO CONTINUE STATUS CONF. TO 3/5/12  &  ORDER<br><br>Judge: The Honorable William B. Shubb<br>Courtroom: 5, 14th Floor |
|---|---|

The parties, by and through their attorneys of record, hereby stipulate that the matter currently set for Status Conference on February 21, 2012 at 2:00 p.m. shall be continued to March 5, 2012 at 2:00 p.m.

The reason for the continuance is that payment pursuant to the settlement agreement has not yet been made, and defendants expect that payment will be mailed to the structure companies identified in the settlement agreement by February 22, 2012 and the balance delivered to

1

Plaintiff's Attorney on the same date.  Plaintiffs have notified defendants of their intent to request that the Court enter judgment plus interest back to February 2, 2012, if payment is not made prior to March 5, 2012.  Defendants contest that any such entry of judgment would be proper or lawful.

Dated:  February 21, 2012                    LAW OFFICES OF KENNETH N. MELEYCO

                                               By      /s/ Kenneth N. Meleyco
                                               Kenneth N. Meleyco
                                               Attorney for Plaintiffs

Dated:  February 21, 2012                    MAYALL HURLEY, P.C.

                                             By      /s/ J. Anthony Abbott
                                               J. Anthony Abbott
                                               Attorney for Defendants Daniele Ruley and James Wood

Dated:  February 21, 2012                    ANWYL SCOFFIELD & STEPP, LLP

                                             By      /s/ Lynn Garcia
                                               Lynn Garcia
                                               Attorney for Defendant San Joaquin Delta Community College

## ORDER

Good cause appearing, it is so ordered that the Status Conference currently scheduled for February 21, 2012 is hereby moved to March 5, 2012 at 2:00 P.M.

Dated: February 21, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE