KENNETH N. MELEYCO, ESQ., CSB #57785
LAW OFFICES OF KENNETH N. MELEYCO
2155 WEST MARCH LANE, SUITE 1-C
STOCKTON, CALIFORNIA  95207-6420
TELEPHONE:      (209) 476-0851
FACSIMILE:       (209) 476-9429

STEPHEN M. RYALS, ESQ., CSB #34149
THE RYALS LAW FIRM, P.C.
3120 LOCUST STREET
ST. LOUIS, MISSOURI  63103-1205
TELEPHONE:      (314) 862-6262
FACSIMILE:       (314) 880-2027

STEVEN A. CLAIR, ESQ., CSB #111450
LAW OFFICES OF STEVEN A. CLAIR
2155 WEST MARCH LANE, SUITE 1-C
STOCKTON, CALIFORNIA  95207-6420
TELEPHONE:      (209) 476-0851
FACSIMILE:       (209) 476-9429

ATTORNEYS FOR PLAINTIFFS
SHIRLEY A. NEWMAN and
ANTHONY C. BUTLER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY A. NEWMAN and ANTHONY C. BUTLER,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN JOAQUIN DELTA COMMUNITY COLLEGE DISTRICT, a public entity; DANIELE RULEY, JAMES WOOD, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:09-CV-03441-WBS-KJN<br><br>STIPULATION TO DISMISS WITH PREJUDICE ENTIRE ACTION & ORDER<br><br>Judge: The Honorable William B. Shubb<br>Courtroom: 5, 14th Floor |

The parties, by and through their attorneys of record, hereby stipulate, to the dismissal of the above matter, with prejudice.  This matter has been resolved by settlement and Plaintiffs have received payment.

Dated:  February 28, 2012              LAW OFFICES OF KENNETH N. MELEYCO

                                                                /s/ Kenneth N. Meleyco
                                                               Kenneth N. Meleyco
                                                               Attorney for Plaintiffs

1
STIPULATION TO DISMISS WITH PREJUDICE ENTIRE ACTION & ORDER

Dated:  February 28, 2012                    MAYALL HURLEY, P.C.

                                                      /s/ J. Anthony Abbott
                                              J. Anthony Abbott
                                              Attorney for Defendants Daniele Ruley and James Wood

Dated:  February 28, 2012                    ANWYL SCOFFIELD & STEPP, LLP

                                                     /s/ James Anwyl
                                              James Anwyl
                                              Attorney for Defendant San Joaquin Delta Community College

## ORDER

GOOD CAUSE APPEARING, upon stipulation, it is hereby ordered that the above-entitled action is dismissed with prejudice.

Dated:  March 1, 2012

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE